4831429.1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALFRED LANGKILDE JR., an individual, and NIA CAROLINE LANGKILDE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a business entity form unknown; NATIONAL DEFAULT SERVICING CORPORATION, a business entity form unknown; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-A; and DOES 1-100, inclusive<br><br>Defendants. | CASE No.: CV 17-3079-DMG (SSx)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE [31]** |

1

Pursuant to the stipulation of the parties, it is hereby ordered, adjudged and decreed that the case is dismissed with prejudice. The Court retains jurisdiction over the action to enforce the settlement between the parties.

**IT IS SO ORDERED.**

DATED: September 7, 2018

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE